# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1-17-cr-83 |
| Andrea N. Marshall | ) | |
| | ) | |
| Defendant. | ) | |

The court previously released the Defendant so she could obtain inpatient treatment. (Doc. No. 213). That order directed the Defendant to reside at the Prairie St. John's treatment facility in Fargo. The court subsequently amended that order to allow her to reside at Centre, Inc. in Fargo following completion of the Prairie St. John's program. (Doc. No. 240). The Pretrial Services Officer has now informed the court the Defendant has secured residency at a different facility in Fargo and requests the amended order be amended to reflect that change. The court approves of this amending. The Defendant's previous conditions of release are amended to reflect that she is to live at a residence to be approved by the Pretrial Services Officer. All other conditions of the Defendant's release shall remain in effect.

**IT IS SO ORDERED.**

Dated this 31st day of October, 2017.

>    */s/ Charles S. Miller, Jr.*
>    Charles S. Miller, Jr., Magistrate Judge
>    United States District Court